IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURMEET SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; EDUARDO AGUIRRE, Director of the U.S. Citizenship and Immigration Services,<br><br>    Defendants.<br>_____/ | No. C 04-03899 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

      On September 25, 2004, Plaintiff served a complaint for writ of mandamus and for declaratory and injunctive relief.  By stipulated extension, Defendants served their answer on December 8, 2004.  There has been no further activity in this matter since that time.

      Accordingly, the parties are HEREBY ORDERED to submit a status report to the Court by Friday, July 1, 2005.  If the parties have resolved this matter, they are FURTHER ORDERED to file an appropriate dismissal with the Court by that time.

**IT IS SO ORDERED.**

Dated: June 22, 2005

      /s/ Jeffrey S. White
      JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE