Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 150
San Francisco, CA 94108
Tel: (415) 956-5513

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

| | | |
|---|---|---|
| GURMEET SINGH, | ) | No. C 04-03899 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATED DISMISSAL OF |
| | ) | ACTION AND [PROPOSED] |
| | ) | ORDER |
| U.S. CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Civil Local Rule 7, Plantiff Gurmeet Singh, through counsel, requests that his mandamus action be dismissed without prejudice. The U.S. Citizenship and Immigration Services (USCIS) recently issued a travel document to Mr. Singh. Therefore, Mr. Singh no longer alleges that the USCIS is illegally delaying the adjudication of his I-131 application.

On June 23, 2005, counsel for Mr. Singh spoke with Assistant U.S. Attorney Edward Olsen about this case. Mr. Olsen confirmed that voluntary dismissal without prejudice of Mr. Singh's actiont

*Stipulated Dismissal of Complaint Without Prejudice and [Proposed] Order*

is appropriate in this case.

WHEREFORE, Plaintiff pray that this Court allow him to voluntarily dismiss his action without prejudice in the terms set forth in the proposed order.

DATED: June 28, 2005

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

DATED: June 28, 2005

Kevin V. Ryan
United States Attorney

/s/
_____
Edward A. Olsen
Assistant U.S. Attorney
Attorney for Defendants

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED: June 28, 2005  /s/ Jeffrey S. White
_____
JEFFREY S. WHITE
United States District Judge

*Stipulated Dismissal of Complaint Without Prejudice and [~~Proposed~~] Order*